### BUELL v. OIL WELL SUPPLY CO.

No. 10152—Opinion Filed Oct. 14, 1919.

(Syllabus by the Court.)

**Appeal and Error—Frivolous Appeal—Dismissal.**

Where plaintiff sues upon a promissory note and defendant answers by unverified general denial, and, upon motion of plaintiff, judgment is rendered for plaintiff on the pleadings, an appeal, assigning the rendition of such judgment as error, without stating any defense to plaintiff's action, will be dismissed as frivolous.

Error from District Court, Creek County; Ernest B. Hughes, Judge.

Action by Oil Well Supply Company against J. Garfield Buell on promissory note. Judgment for plaintiff and defendant brings error. Dismissed.

John B. Meserve, for plaintiff in error.

J. B. Bartlett and Smith & Walker, for defendant in error.

PER CURIAM. On motion to dismiss the appeal it appears defendant in error, Oil Well Supply Company, brought suit upon a prom

issory note against plaintiff in error, J. Garfield Buell. The petition was verified, a copy of the note attached as an exhibit and made a part of the petition. Defendant Buell by way of answer filed an unverified general denial. Upon motion of plaintiff, judgment was rendered on the pleadings, from which judgment this appeal was prosecuted. Under the provisions of section 4759, Rev. Laws 1910, the allegations of the petition must be taken as true since the answer, by way of general denial, was not verified, and on authority of Bilby v. Natl. Reserve Bank, 53 Okla. 566, 157 Pac. 1198, and Bilby v. Cochran, 47 Okla. 545, 149 Pac. 143, the appeal will be dismissed as frivolous.

It is so ordered.